UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICK WILLIAMS, PHONECHIP CORP., and UPOST MEDIA, INC.,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>v.<br><br>CONVIVIAL CORP. and ALEXANDER LOWE,<br><br>　　　　Defendants/Counterclaimants. | Case No. 2:13-CV-02019-APG-PAL<br><br>ORDER |

　　　　IT IS ORDERED that Defendants/Counterclaimants Convivial Corp. and Alexander Lowe's Demand for Security of Costs (Doc. #9) is hereby DENIED as moot, given Plaintiffs/Counterdefendants' Certificate of Cash Deposit (Doc. #10) filing the requested $1,500 security deposit with the Clerk of Court.

　　　　IT IS FURTHER ORDERED that Plaintiffs/Counterdefendants' Partial Motion to Dismiss Counterclaim (Doc. #12) is hereby DENIED as moot, in light of Defendants/Counterclaimants Amended Counterclaim (Doc. #16).

　　　　DATED this 29th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE