UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RICK WILLIAMS, et al., | | Case No. 2:13-cv-02019-APG-PAL |
| | Plaintiffs, | ORDER |
| v. | | |
| CONVIVIAL CORP, et al., | | |
| | Defendants. | |

Before the court is the parties' Notice of Settlement (Dkt. #58).  The parties advised that they have reached a settlement in this matter and that a stipulation to dismiss will likely be filed on or before April 15, 2015.  Accordingly,

**IT IS ORDERED** that the parties shall file a stipulation for dismissal no later than **April 15, 2015.**  In the event the parties have not finalized their settlement agreement, the joint pretrial order shall be filed by **May 11, 2015**, in accordance with the court's discovery plan and scheduling order.

DATED this 5th day of February, 2015.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE