Mark J. Connot (10010)
Kevin M. Sutehall (9437)
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone : 702.262.6899
Facsimile  : 702.597.5503
Email      : mconnot@foxrothschild.com
             ksutehall@foxrothschild.com

Patrick Hagan (CA Bar No. 266237)
(*Admitted Pro Hac Vice*)
FOX ROTHSCHILD LLP
1800 Century Park East, Third Floor
Los Angeles, CA 90067-3005
Telephone : 310.598.4150
Facsimile  : 310.556.9828
Email      : phagan@foxrothschild.com

*Attorneys for Plaintiffs/Counterdefendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RICK WILLIAMS, an individual; PHONECHIP CORP., a Nevada Corporation; and UPOST MEDIA, INC., a Nevada Corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CONVIVIAL CORP., a California corporation; ALEXANDER LOWE, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><hr>CONVIVIAL CORP, a California Corporation,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>PHONECHIP CORP., a Nevada Corporation; UPOST MEDIA, INC., a Nevada Corporation; RICK WILLIAMS, an Individual; and ROES 1 through 10, inclusive,<br><br>　　　　　Counterdefendants. | Case No.: 2:13-cv-002019-APG-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

As the parties previously advised the Court in their Notice of Settlement [dkt. # 58], this matter was resolved pursuant to a Settlement Agreement. The first payment required under the Settlement Agreement was thereafter made. Accordingly,

IT IS HEREBY STIPULATED between Plaintiffs/Counterdefendants Rick Williams, PhoneChip Corp. and Upost Media, Inc., by and through their undersigned counsel, Defendant/Counterclaimant Convival Corp., and Defendant Alexander Lowe, by and through their undersigned counsel, that all claims between the parties, including counterclaims, shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated this _____ day of March, 2015.

| FOX ROTHSCHILD LLP | DOWNEY BRAND, LLP |
|---|---|
| /S/ KEVIN M. SUTEHALL | /S/ ADRIAN J. WEBBER |
| MARK J. CONNOT (10010) | ELIZABETH B. STALLARD, ESQ. |
| KEVIN M. SUTEHALL (9437) | ADRIAN J. WEBBER, ESQ. |
| 3800 Howard Hughes Parkway, Suite 500 | (Admitted Pro Hac Vice) |
| Las Vegas, NV 89169 | 100 W. Liberty, Suite 900 |
| Telephone : 702.262.6899 | Reno, NV 89501-1958 |
| and | Telephone: (775) 329-5900 |
| Patrick Hagan (CA Bar No. 266237) | and |
| (Admitted Pro Hac Vice) | Adrian J. Webber, Esq. |
| FOX ROTHSCHILD LLP | DOWNEY BRAND, LLP |
| 1800 Century Park East, Third Floor | 621 Capitol Mall, 18th Floor |
| Los Angeles, CA 90067-3005 | Sacramento, CA 95814 |
| Telephone : 310.598.4150 | Telephone: (916) 444-1000 |
| *Attorneys for Plaintiffs/Counterdefendants* | *Attorneys for Defendants/Counterclaimant* |

## ORDER

Based upon the foregoing Stipulation between the parties, **IT IS HEREBY ORDERED.**

Dated this  9th  day of March, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE